UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY IZZO,<br>　　　　　　Plaintiff,<br>vs.<br>WAL-MART STORES, INC.,<br>　　　　　　Defendant. | Case No. 2:15-cv-01142-JAD-NJK<br><br>ORDER<br><br>(Docket No. 34) |

  Plaintiff has filed a notice of *in camera* submission. Docket No. 34. According to the notice, which is dated December 11, 2015, but filed December 16, 2015, Plaintiff has submitted what she terms "Confidential Documents" to the undersigned.[1]

  The Court has already issued two orders regarding the filing of documents that the parties consider confidential. Docket Nos. 13, 25. The Court's order at Docket No. 13 specifically states that "there has been no showing, and the Court has not found, that any specific documents or items are secret or confidential." Docket No. 13 at 2. The order further outlines for the parties the procdure for filing documents that a party believes is confidential. *Id*. at 2-3.

  Additionally, the Court has already told Plaintiff that submitting documents to the Court *in camera* is incorrect and that, "[u]nless the Court specifically orders a party to submit an exhibit *in camera*, the Court will not accept an *in camera* submission." Docket No. 25 at 2-3. Further, the Court

---

[1] Plaintiff notably misspells the undersigned's name twice in the one-page document.

ordered that, "[I]f Plaintiff refiles her motion to compel, to the extent that she believes an exhibit is confidential, she must follow the applicable caselaw and the procedures outlined by the Court in its order." *Id*. at 2. Plaintiff's submission, therefore, violates two Court orders and the Court's Local Rules.

The Court hereby **ORDERS** Plaintiff's counsel to retrieve any documents submitted to the Clerk's Office *in camera* for the undersigned to retrieve those documents, no later than December 18, 2015. The Court further **ORDERS** Plaintiff's counsel to comply with the Court's orders and the Local Rules regarding the filing of documents counsel believes to be confidential, no later than December 18, 2015. Failure to comply may result in sanctions.

IT IS SO ORDERED.

DATED: December 17, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge