1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**

9                               **DISTRICT OF NEVADA**

10

11   MARY IZZO,                              )
                                             )     Case No. 2:15-cv-01142-JAD-NJK
12              Plaintiff(s),                )
                                             )     ORDER GRANTING MOTION TO
13   vs.                                     )     SEAL
                                             )
14   WAL-MART STORES, INC.,                  )
                                             )     (Docket No. 40)
15              Defendant(s).                )
     _____)

16          Pending before the Court is Plaintiff's renewed motion to file documents under seal that are

17   attached to its motion to compel.  Docket No. 40.  Plaintiff seeks to file certain documents under seal

18   because they were designated confidential by Defendant pursuant to the protective order governing

19   discovery in this case.  *Id.* at 2.  Attached to Plaintiff's motion is a declaration of Defendant's counsel,

20   who submits that the documents contain Defendant's proprietary policies and confidential operating

21   procedures.  Docket No. 40-1 at 2.  Defendant argues that the disclosure of these documents to the

22   public, other litigants, or Defendant's competitors would be unduly prejudicial.  *Id.*

23          Parties seeking to maintain the confidentiality of documents attached to non-dispositive motions

24   must make a particularized showing of good cause.  *See Kamakana v. City and County of Honolulu*, 447

25   F.3d 1172, 1180 (9th Cir. 2006) (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1137

26   (9th Cir. 2003)).  The Court has reviewed the documents and Defendant's declaration and finds that good

27   cause exists to seal the documents.

28          Accordingly, the motion to seal is hereby **GRANTED**.  *See Aevoe Corp. v. AE Tech Co.*, 2014

1    WL 6065812, at *2 (D. Nev. Nov. 12, 2014) (granting motion to seal confidential and proprietary

2    business information under more demanding compelling interest standard applicable to documents

3    attached to dispositive motions).

4           IT IS SO ORDERED.

5           DATED: December 28, 2015

6

7                                                      NANCY J. KOPPE
                                                       United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28