# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIE IZZO, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WAL-MART STORES, INC., et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:15-cv-01142-JAD-NJK <br><br> ORDER <br><br> (Docket Nos. 28, 29, 46, 48, 63, 66) |

The Court has received notice from the parties that they have reached a settlement of the instant case. Docket Nos. 71, 72.

Accordingly, the motions at Docket Nos. 28, 29, 46, 48, 63, and 66 are hereby **DENIED** as moot.

IT IS SO ORDERED.

DATED: April 12, 2016.

     _____
     NANCY J. KOPPE
     United States Magistrate Judge